# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 4:16CR00268 JLH | |
| ROSS ALAN HOPE and<br>MIKEL C. KULLANDER | | DEFENDANTS |

## ORDER

On the 5th day of September, 2017, this matter came before the Court for trial by jury. The defendants, Ross Alan Hope and Mikel C. Kullander, appeared in person and through their respective attorneys, Timothy O. Dudley and Charles A. Banks; and Jane W. Duke and Anton L. Janik, Jr. The United States was represented by Assistant United States Attorneys John Ray White and Stephanie G. Mazzanti. A jury of twelve and two alternates was seated and sworn. Presentation of the evidence was concluded on the afternoon of September 12, 2017. Closing arguments were made and the jury was instructed on the law on September 13, 2017.

On the afternoon of September 14, 2017, the jury reported that it was hopelessly deadlocked. Therefore, the Court hereby declares a mistrial. A new trial date will be set by separate order.

IT IS SO ORDERED this 15th day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE