# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

UNITED STATES OF AMERICA                                          PLAINTIFF

v.                     NO. 4:16CR00268 JLH

ROSS ALAN HOPE and
MIKEL C. KULLANDER                                           DEFENDANTS

## **ORDER**

This matter is hereby rescheduled for trial to a jury to begin at **9:15 a.m., on MONDAY, OCTOBER 16, 2017**, in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas. Counsel are to be present thirty minutes prior to trial. Revised jury instructions should be electronically submitted to the Court in Word format to jlhchambers@ared.uscourts.gov by October 6, 2017.

IT IS SO ORDERED this 15th day of September, 2017.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE